IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

KEITH R. WARNOCK                                                           PLAINTIFF

v.                              CIVIL NO. *10-2146*

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                            DEFENDANT

## O R D E R

Plaintiff has submitted a complaint for filing in this district, together with a request for

leave to proceed *in forma pauperis*. After review, it is found that Plaintiff is unable to pay for

the costs of commencement of suit and, accordingly, the following order is entered this 30th day

of September 2010:

Plaintiff's motion for leave to proceed *in forma pauperis* is granted. The clerk is directed

to file the complaint. Additionally, the court directs that a copy of the complaint, along with a

copy of this order, be served by Plaintiff by certified mail, return receipt requested, on Defendant,

Michael J. Astrue, Commissioner, Social Security Administration, as well as Eric H. Holder, Jr.,

U.S. Attorney General, and Mark W. Webb, Assistant U.S. Attorney, without prepayment of fees

and costs. Defendant is ordered to answer within sixty (60) days from the date of service.

IT IS SO ORDERED.

HON. JAMES R. MARSCHEWSKI
CHIEF U.S. MAGISTRATE JUDGE

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

SEP 30 2010
CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK

AO72A
(Rev. 8/82)